**IN RE: Nathanael Lenard REYNOLDS, Petitioner.**

**No. 16-2407**

United States Court of Appeals, Fourth Circuit.

Submitted: March 20, 2017

Decided: March 23, 2017

Nathanael Lenard Reynolds, Petitioner Pro Se.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathanael Lenard Reynolds filed a petition and supplements thereto seeking transfer of a 42 U.S.C. § 1983 (2012) action to "the Supreme Court of the District." Although he alleges that he cannot receive an impartial hearing in the district court, Reynolds' conclusory allegations do not establish grounds for disqualification. Accordingly, we deny the petition for transfer. We deny the motion for response and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*